FILED
IN CL[...]

[...] JUN 22 [...]

U.S. D[...]
DIS[...]

U.S. DISTRICT COURT
ONE COURTHOUSE WAY – SUITE 2300
BOSTON, MA

In Re:
Helen Cameron, Appellant     Case No: 17-CV-11026-FDS
                             On Appeal from Bankruptcy Case No: 17-10933

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND
APPENDIX AND FOR RESCHEDULED BRIEFING OF BANKRUPTCY APPEAL
(FRAppP Rule 26(b))

Now comes the Appellant and moves this Honorable Court for Extension of time to file Appellant's Brief and Appendix. Brief is scheduled to be filed on June 22, 2017. The Appellant needs additional time to July 27, 2017 to file.

Grounds and reasons:

The Appellant is medically determined to be legally blind. Such disabling condition coupled with Appellant's lack of training in legal analysis and process prevents her from investigating crucial facts required for a proper Brief by June 22. In addition, Appellant is proceeding In Forma Pauperis and participates in free Court Clinic sessions which are offered too infrequently. Appellant has sought the assistance of a trained advocate and/or attorney to no avail.

Wherefore, Appellant requests an extension of time to file Brief and Appendix from June 22, 2017 to July 27, 2017 or in the alternative, any other relief this court deems just and proper.

Respectfully,
Helen Cameron
POBox 260672 – 98 Topliff Street
Boston, MA 02126
June 22, 2017

Affidavit: I swear and affirm under pains and penalties of perjury the above is true to the best of my knowledge and belief. Signed this 22nd day of June, 2017
Helen Cameron.

CERTIFICATE OF SERVICE
On June 22, 2017, I mailed with sufficient postage affixed a copy of the Appellant's

Motion for Extension of time to File Appellant's Brief and Appendix as follows:

    City of Boston Inspectional Services Department
    Edward Coburn
    1010 Massachusetts Avenue – Floor 4
    Boston, MA 02108

    Joshua Krefetz
    Joshua Krefetz Law Firm
    POB 88
    Somerville, MA 02143

    Federal National Mortgage Association (Fannie Mae)
    3900 Wisconsin Avenue, N. W.
    Washington, D.C. 20016-2892

    Doonan, Graves, and Longoria, LLC
    100 Cummings Center _ Suite 225D
    Beverly, MA 01915

    Eversource, Inc.
    POB 872
    Westwood, MA 01810

Respectfully,
Helen Cameron
POB 260672 – 98 Topliff Street
Boston, MA 02126
June 22, 2017